UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WALQUIRIA CASSINI,                                    CASE NO. 9:26-cv-80234-EA
MATTHEW CASSINI,
and RYAN LONDONO,

     Plaintiffs,

v.


 RIC BRADSHAW, in his official capacity as
Sheriff of Palm Beach County, Florida; and
AMY HOFFMAN, in her individual capacity,

     Defendants.

_____/

## DEFENDANT SHERIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT (AND MEMORANDUM OF LAW)

The Defendant, RIC BRADSHAW, in his official capacity as Sheriff of Palm Beach County, Florida, through undersigned counsel, files this Unopposed Motion for Extension of time to File Response to Plaintiff's Complaint (and Memorandum of Law), and in support thereof would state as follows:

1.      On March 5, 2026, the Plaintiff filed a 32-page Complaint in this matter. The Defendant Sheriff was served with Plaintiff's Complaint on March 10, 2026, making the Defendant Sheriff's Response to the Complaint due on Tuesday, March 31, 2026.

2.      Undersigned counsel's law firm was recently retained to represent the Sheriff in this matter and is still in the process of collecting and reviewing voluminous background materials relevant to Plaintiffs' claims. As a result, the Defendant Sheriff respectfully requests a 30-day extension of time to respond to Plaintiffs' Complaint until April 30, 2026.

3.      This extension is not sought for the purpose of delay and is sought in good faith.

1

4.      Undersigned counsel conferred with counsel for the Plaintiffs regarding the relief sought in this Motion who indicated that he does not object the relief sought herein.

**WHEREFORE**, the Defendant Sheriff respectfully requests that the Court extend the deadline for him to file a responsive pleading of up to and including April 30, 2026.

Further, and in support of the foregoing Motion, the Defendant Sheriff would refer this Honorable Court to the Memorandum of Law attached hereto and incorporated herein by reference.

<u>**MEMORANDUM OF LAW**</u>

Rule 6(b) of the Federal Rules of Civil Procedure which governs extensions of time provides, in pertinent part, that:

(1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
>
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

By its express terms, the Rule affords wide discretion to this Court to enlarge a time period established by the Rule or a court order.  See <u>Woods v. Allied Concord Financial Corp.</u>, 373 F.2d 733 (5th Cir. 1967); <u>Yanofsky v. Wernick</u>, 362 F.Supp. 1005 (S.D. N.Y. 1973); <u>Graham v. Brier</u>, 418 F.Supp. 73 (S.D. Wis. 1976); Moore's Federal Practice §608 (2d.Ed 1984).  Rule 6 should be applied liberally "to secure the just, speedy and inexpensive determination of every action." Enlargements of time should be available when a party demonstrates a reasonable basis for such request. See <u>Beaufort Concrete Company v. Atlantic States Construction Company</u>, 352 F.2d 460 (5th Cir. 1965).

As the Motion recites, the office of the undersigned was recently retained to represent the Defendant Sheriff and needs additional time to gather and review the extensive background materials in this file before responding to the Complaint on behalf of the Sheriff.

The motion, which is not opposed, should be granted.

### LOCAL RULE 7.1(a)(3) STATEMENT

Undersigned counsel has conferred with Plaintiffs' counsel Matthew Goldberger regarding the relief sought in this motion and Plaintiffs' counsel has indicated that he does not object to the relief sought herein.

BY:     *s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send an electronic copy to: **MATTHEW A. GOLDBERGER, ESQUIRE**, Goldberger, Sacks, & Saladrigas PLLC, 1555 Palm Beach Lakes Blvd., Suite 1400, West Palm Beach, Florida 33401, (Email: matthew@soflajustce.com; sherry@goldbergerweiss.com) Counsel for Plaintiff and **JAMES O. WILLIAMS, JR., ESQUIRE,** Williams, Leininger & Cosby, P.A., 555 Heritage Drive, Suite 201, Jupiter, FL 33458, (Email: eservice@wlclaw.com) Counsel for Defendant  Hoffman, this 30th day of March, 2026

*/s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:     (954) 462-3200
E-mail: summer@purdylaw.com; isabella@purdylaw.com
Attorney for *Defendant Sheriff*

3